IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00486 JW |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER CONTINUING STATUS HEARING AND EXCLUDING |
| vs. | ) ) | TIME FROM SEPTEMBER 27, 2010 TO OCTOBER 18, 2010 |
| HERNANDEZ-NAVARRETE, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for September 27, 2010, shall be continued to October 18, 2010, at 1:30 p.m.

It is further ordered that the period of delay from September 27, 2010 through and including October 18, 2010, shall be excluded from the period within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for continuity and effective preparation of defense counsel, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: __September 21,__ , 2010

_/s/ James Ware_
HONORABLE JAMES WARE
United States District Judge

[Proposed] Order Continuing Hearing
CR 10-00486 JW                                    1